UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
JACK DICKINSON,                )
                          Plaintiff,  )   No. C06-1215RSL
        v.                    )
                                )   ORDER VACATING ORDER
CITY OF KENT, *et al.*,        )   TO SHOW CAUSE
                          Defendants. )
_____)

This matter comes before the Court *sua sponte*. On September 6, 2007, the Court ordered plaintiff to deliver a courtesy copy of the documents he filed on August 31, 2007. Plaintiff has now done so. The Order to Show Cause (Dkt. #71) is hereby VACATED: plaintiff need not take any further action in response to the Order to Show Cause.

DATED this 10th day of September, 2007.

                                             /s/ Robert S. Lasnik
                                             Robert S. Lasnik
                                             United States District Judge

ORDER VACATING ORDER
TO SHOW CAUSE